Sweet, R.

James P. Krauzlis
**CASEY & BARNETT, LLC**
305 Broadway, Ste 1202
New York, New York 10007
(212) 286-0225
Attorneys for Plaintiff

RECEIVED
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

-----------------------------------------------------------x

MUND & FESTER GMBH & CO. KG and ITEM
INDUSTRIETECHNIK GMBH,

       Plaintiffs,

- against -

INDEPENDENT CONTAINER LINE, LTD. and
CRETE CARRIER CORPORATION,

       Defendant.

-----------------------------------------------------------x

1:18-cv-01522-RWS

**NOTICE OF VOLUNTARY DISMISSAL**

5/9/18

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily discontinued as to all Defendants and that this Notice is filed pursuant to Rule 41(a)(1)(i) of the Rules of Civil Procedure for the United States District Courts.

NO APPEARANCE HAS BEEN FILED.

Dated: New York, New York
May 8, 2018
260-248

So ordered
Sweet
USDJ
5-9-18

By: _____

CASEY & BARNETT, LLC
Attorneys for Plaintiff

James P. Krauzlis
305 Broadway, Ste 1202
New York, New York 10007
(212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.